IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Peninsula Petroleum Limited, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | |
| | ) | District Judge: _____ |
| Lukoil Pan-Americas LLC, | ) | |
| | ) | Magistrate Judge: _____ |
| Defendant, | ) | |
| | ) | |
| and | ) | **IN ADMIRALTY** |
| | ) | |
| Chevron U.S.A. Inc. | ) | |
| Citgo Petroleum Corporation | ) | **PROCESS OF MARITIME** |
| Trafigura AG | ) | **ATTACHMENT AND GARNISHMENT** |
| Trafigura Trading LLC | ) | |
| Exxonmobil Sales and Supply LLC | ) | |
| Valero Marketing and Supply Company, | ) | |
| | ) | |
| Garnishees. | ) | |

**To Garnishee:**     **VALERO MARKETING AND SUPPLY COMPANY**
Serve on Resident Agent:
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

THE PRESIDENT OF THE UNITED STATES OF AMERICA

UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO

GREETING:

WHEREAS, on October  , 2022, Plaintiff filed a Verified Complaint against Defendant Lukoil Pan-Americas LLC for reasons in said complaint mentioned for the sum of at least **$437,310.70** (herein, the "Garnishment Amount") and praying for process of marine attachment and garnishment against the property of said Defendant; and

WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

2

NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District you are directed to attach and garnish the property indicated below and how you shall have executed this process, make known to this Court with your certificate of execution thereof written:

### **DESCRIPTION**

All goods, chattels, credits and effects, tangible or intangible property of Lukoil Pan-Americas LLC or any other funds held on behalf of Lukoil Pan-Americas LLC by Garnishee.

WITNESS THE HONORABLE Judge of said Court, in said District, this ___ day of October 2022.

Richard W. Nagel, CLERK

BY: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.