IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Peninsula Petroleum Limited, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| v. | ) |
| | ) District Judge: _____ |
| Lukoil Pan-Americas LLC | ) |
| | ) Magistrate Judge: _____ |
| Defendant, | ) |
| | ) |
| and | ) **IN ADMIRALTY** |
| | ) |
| Chevron U.S.A. Inc. | ) |
| Citgo Petroleum Corporation | ) **FRCP RULE 7.1 DISCLOSURE** |
| Trafigura AG | ) **STATEMENT** |
| Trafigura Trading LLC | ) |
| Exxonmobil Sales and Supply LLC | ) |
| Valero Marketing and Supply Company, | ) |
| | ) |
| Garnishees. | ) |

Pursuant to Fed.R.Civ.P. 7.1, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that Plaintiff, which is ultimately owned by Peninsula Petroleum Ltd., is not a publicly traded company.

DATED: October 12, 2022

Respectfully submitted,

s/ Kelly E. Mulrane
Kelly E. Mulrane (0088133) trial attorney
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF, LLP
41 S. High Street, Suite 2600
Columbus, Ohio 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330

OF COUNSEL:
J. Stephen Simms, *pro hac vice* pending
Simms Showers LLP

                201 International Circle, Suite 230
                Baltimore, Maryland 21030
                Tel: (410) 783-5795
                Fax: (410) 510-1789
                Email:  jssimms@simmsshowers.com

Attorneys For Plaintiff Peninsula