IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Peninsula Petroleum Limited, | ) |
| Plaintiff, | ) Civil Action No. _____ |
| v. | ) |
| | ) District Judge: _____ |
| Lukoil Pan-Americas LLC, | ) |
| | ) Magistrate Judge: _____ |
| Defendant, | ) |
| and | ) **IN ADMIRALTY** |
| Chevron U.S.A. Inc. | ) |
| Citgo Petroleum Corporation | ) **MOTION FOR ADMISSION** |
| Trafigura AG | ) ***PRO HAC VICE*** |
| Trafigura Trading LLC | ) |
| Exxonmobil Sales and Supply LLC | ) |
| Valero Marketing and Supply Company, | ) |
| Garnishees. | ) |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Kelly E. Mulrane, trial attorney for Peninsula Petroleum Limited, in the above-referenced action, hereby moves the court to admit J. Stephen Simms *pro hac vice* to appear and participate as counsel or co-counsel in this case for Peninsula Petroleum Limited.

Movant represents that J. Stephen Simms is a member in good standing of the highest court of Maryland, as attested by the accompanying certificate from that court, and that J. Stephen Simms is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

J. Stephen Simms' relevant identifying information is as follows:

Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Tel:  (410) 783-5795

    Fax:  (410) 510-1789
    Email:  jssimms@simmsshowers.com

DATED: October 12, 2022            Respectfully submitted,

<u>s/ Kelly E. Mulrane</u>
Kelly E. Mulrane (0088133) trial attorney
BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF, LLP
41 S. High Street, Suite 2600
Columbus, Ohio 43215
Telephone: (614) 223-9300
Facsimile: (614) 223-9330

OF COUNSEL:
J. Stephen Simms, *pro hac vice* pending
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Tel: (410) 783-5795
Fax: (410) 510-1789
Email:  jssimms@simmsshowers.com

Attorneys For Plaintiff Peninsula