IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Peninsula Petroleum Limited, | ) |
| Plaintiff, | ) Civil Action No. 2:22-cv-03681-SDM-KAJ |
| v. | ) |
| Lukoil Pan-Americas LLC | ) District Judge: Hon. Sarah D. Morrison |
| Defendant, | ) Magistrate Judge: Hon. Kimberly A. Jolson |
| and | ) |
| Chevron U.S.A. Inc., *et al.,* | ) **IN ADMIRALTY** |
| Garnishees. | ) **NOTICE OF APPEARANCE** |

To the Clerk:

Please note the appearance of Nicholas P. Lacey as counsel for plaintiff Peninsula Petroleum Limited.

DATED: October 13, 2022                     Respectfully submitted,

                                            s/ Nicholas P. Lacey
                                            Nicholas P. Lacey (0100042)
                                            BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
                                            41 South High Street, Suite 2600
                                            Columbus, Ohio 43215-6164
                                            Telephone: (614) 223-9300
                                            Facsimile: (614) 223-9330
                                            Email: nlacey@beneschlaw.com

2

        s/ Kelly E. Mulrane
        Kelly E. Mulrane (0088133) trial attorney
        BENESCH, FRIEDLANDER,
           COPLAN & ARONOFF, LLP
        41 S. High Street, Suite 2600
        Columbus, Ohio 43215
        Telephone: (614) 223-9300
        Facsimile: (614) 223-9330

        OF COUNSEL:
        J. Stephen Simms, *pro hac vice* pending
        Simms Showers LLP
        201 International Circle, Suite 230
        Baltimore, Maryland 21030
        Tel: (410) 783-5795
        Fax: (410) 510-1789
        Email:  jssimms@simmsshowers.com

        Attorneys For Plaintiff Peninsula