IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Peninsula Petroleum Limited, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-cv-3681-SDM-KAJ |
| ) | |
| v. ) | |
| ) | District Judge: Sarah. D. Morrison |
| Lukoil Pan-Americas LLC, ) | |
| ) | Magistrate Judge: Kimberley A. Jolson |
| Defendant, ) | |
| ) | |
| and ) | **IN ADMIRALTY** |
| ) | |
| Chevron U.S.A. Inc., et al., ) | |
| ) | |
| Garnishees. ) | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that upon substantial settlement of this matter, Plaintiff Peninsula Petroleum Limited, pursuant to Fed. R. Civ. P. 41, dismisses this action.

Dated: October 17, 2022

| | |
|---|---|
| Kelly E. Mulrane (0088133) trial attorney | *s/ J. Stephen Simms* |
| Nicholas P. Lacey (0100042) | J. Stephen Simms, *pro hac vice* |
| BENESCH, FRIEDLANDER, | Simms Showers LLP |
| COPLAN & ARONOFF, LLP | 201 International Circle, Suite 230 |
| 41 S. High Street, Suite 2600 | Baltimore, Maryland 21030 |
| Columbus, Ohio 43215 | Tel: (410) 783-5795 |
| Telephone: (614) 223-9300 | Fax: (410) 510-1789 |
| Facsimile: (614) 223-9330 | Email: jssimms@simmsshowers.com |
| KMulrane@beneschlaw.com | |
| NLacey@beneschlaw.com | |

Attorneys For Plaintiff Peninsula